UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
RODOLFO HERNANDEZ,                                  :
                                                    :
                    *Plaintiff,*       :
                                                    : Index No. 20/01106 (AMD)(RML)
      -against-                              :
                                                    :
MAY SHIP REPAIR CONTRACTING CORP. and                : O R D E R
MOHAMED ADAM                                        :
                                                    :
                 *Defendants.*      :
-----------------------------------------------------------------------x

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 21, 2020; and Defendants May Ship Repair Contracting Corp. and Mohamed Adam ( ("Defendants") having offered to allow Plaintiff to take a judgment against the Defendants in this action for the total sum of Fifty Thousand dollars ($50,000.00) Dollars, inclusive of reasonable attorneys' fees, expenses, and costs accrued to date, for all claims that have been, or could have been asserted against the Defendants in the complaint of this action; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendants in the amount of Fifty Thousand dollars ($50,000.00) Dollars, inclusive of reasonable attorneys' fees, expenses, and costs accrued to date, for all claims that have been, or could have been asserted against the Defendants in the complaint of this action to the date of this offer; that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendants, in connection with the facts and circumstances that are the subject of the complaint in this action, from the beginning of the world to the date of Plaintiff's acceptance of this offer of judgment. This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules

of Civil Procedure and is not to be construed as an admission of liability by the Defendants or any employee, or agent of Defendants; nor is it an admission that Plaintiff has suffered any damages. Acceptance of this Offer of Judgment will act to release and discharge Defendants from any and all claims that were or could have been alleged by Plaintiff in the above captioned action, from the beginning of the world to the date of Plaintiff's acceptance of this Offer of Judgment.

SO ORDERED.

DATED:   Brooklyn, New York
          September 23, 2020                    /s/Ann M. Donnelly