UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RODOLFO HERNANDEZ,　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　:　　Case No. 20-cv-1106 AMD-RML

　　　　　　　　　　　　　Plaintiff,　　:

　　　-against-　　　　　　　　　　　　:

MAY SHIP REPAIR CONTRACTING ,　　　　:
CORPORATION and MOHAMED M. ADAM,　　:

　　　　　　　　　　　Defendants.　　　:
-------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff RODOLFO HERNANDEZ, by his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants MAY SHIP REPAIR CONTRACTING, CORPORATION and MOHAMED M. ADAM.

Dated:  September 29, 2020

　　　　　　　　　　　　　　　　　　　　　　/s/David Harrison_
　　　　　　　　　　　　　　　　　　　　　　David Harrison, Esq.
　　　　　　　　　　　　　　　　　　　　　　110 Highway 35, Suite 10
　　　　　　　　　　　　　　　　　　　　　　Red Bank, NJ 07748
　　　　　　　　　　　　　　　　　　　　　　T: 718-799-9111
　　　　　　　　　　　　　　　　　　　　　　F: 718-799-9171
　　　　　　　　　　　　　　　　　　　　　　dharrison@nynjemploymentlaw.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*